(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

John Doe
_____

Plaintiff(s)

v.

Donald Trump
Democratic National Committee
Republican National Committee
_____

Defendant(s)

FILED BY _CwC_ D.C.

JAN 21 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

### Motion to File Address and Identity Under Seal
*(TITLE OF DOCUMENT)*

I, __John Doe__ plaintiff or defendant, in the above styled cause, wish to petition the Court to file my address and identity under seal. For my reasons, please consider the arguments in Part VIII Request for Anonymity (Pseudonymous Filing) in my Pleading and Initial Complaint (the LLM-assisted one).

(Rev. 10/2002) General Document

Certificate of Service

I _____John Doe_____, certify that on this date __January 21, 02025 CE__ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: __John Doe__
Printed or typed name of Filer

__Jonathan Doe__
Signature of Filer

_____
Florida Bar Number

_____
E-mail address

_____
Phone Number

_____
Facsimile Number

_____
Street Address

_____
City, State, Zip Code