John Doe, *Pro se*

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br>vs.<br><br>President Donald J. Trump<br>　　　　　Defendant | **MOTION TO DROP DEFENDANTS FORMER PRESIDENT JOSEPH R. BIDEN AND REPUBLICAN (ELEPHANT) AND DEMOCRATIC (DONKEY) NATIONAL COMMITTEES** |

## MOTION TO DROP ALL DEFENDANTS EXCEPT

## PRESIDENT (PRESIDING OFFICER) DONALD TRUMP

## IN HIS CURRENT OFFICIAL CAPACITY

The Plaintiff now believes that it is in the best interest of Plaintiff-achievable justice for the Defendants Republican National Committee (Elephant Party), Democratic National Committee (Democratic Party), and now-Former President Joseph R. Biden to be dropped as defendants in this civil lawsuit.

Former President Joseph R. Biden is now in official retirement from public office, rendering the case against him on age limits in the Commander-in-Chief position moot. There is no point in continuing the lawsuit against him in his retirement, and as such, the Plaintiff is not going to continue taking action to serve process to him. The Plaintiff wishes the former President a wonderful retirement and an amazing quality-of-life for his remaining years. May he live as long and serve as fully as Former President Jimmy Carter did in his post-Presidency.

As for the Republican and Democratic National Committees, the Plaintiff was forced to choose one and only one cause of action on the Civil Case Cover Sheet at the Courthouse on the

day of filing. Given that, the Plaintiff would like to prioritize above all the case against the occupation of the Commander-in-Chief role beyond the age limits set forth for military service in 10 U.S. Code §1253, under the Civil Cover Sheet heading of "Other Civil Rights", as well as the surviving RFRA claims and the Plaintiff's pleading for a "State of the Constitution" National Tradition, all of which also fit within the category of "Other Civil Rights". The part of the pleading related to the Party Duopoly of Elephants and Donkeys was, in the Plaintiff's estimation, the most underargued/underdeveloped (though still correct, the Plaintiff holds) part of his Pleading.

The Plaintiff still feels that he is fundamentally right that there is a Sherman Antitrust Act violation in the way election laws are configured that burdens minority parties and civic secular and sectarian religious expression through matching minority party growth. But the Plaintiff also feels that he may have bit off "more than he could chew" and put too much on his plate in including the Democratic and Republican National Committees as direct Defendants in this round of civil pleading.

All that said, the background of duopolistically-constrained electoral choice in the Presidential contest may become relevant or even critical in deciding the other parts of my claims, including the proposal of more ideal political structures in the State of the Constitution Address that might help us avoid age limit and other Constitutional crises like this. That background may also be important if President Donald Trump attempts to overclaim a "popular" mandate that doesn't actually exist. President Trump was not the majority of <u>eligible</u> voters' first or last choice for Presiding Officer of these United States -- that much is abundantly clear. At best, he has a substantially begrudging, unenthusiastic plurality of eligible voters outside his smaller enthusiastic base who support him because they were given no better leading choices that were religiously and politically consistent with their views and within more reasonable age limits.

Please also note that the Plaintiff is not suing the President of the United States as a private person. As such, he has no reason to hire a private attorney or an army of private attorneys to face off with the Plaintiff or the Class the Plaintiff represents and run up insanely high legal bills on which to chill this religious action, this Governmental petition, or this free speech.

**GRANDFATHER'S DEATH DELAYED THIS FILING**

The Plaintiff's surviving grandfather died recently on Tuesday, February 4th, 02025 CE. This filing would have arrived to the Court sooner if that extenuating circumstance (familial bereavement) had not occurred, particularly if the Plaintiff had had the convenience of electronic filing access.

*[signature: John Doe]*

s/Plaintiff John Doe, Currently *Pro se*
For the Center Forward Party of Hippocratic Hands, aka the Miracle Berries