David Clayman, *Pro se*

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Doe, Harmless Hands, | CASE 25-CV-60120 |
| Plaintiff, | |
| vs. | MOTION TO UNMASK |
| President Donald J. Trump | |
| Defendant | |

FILED BY _____ D.C.
MAR 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFF'S MOTION TO UNMASK

**COMES NOW** the Plaintiff, John Doe, representing himself and the nascent political party, Harmless Hands[1], as we respectfully notify this Honorable Court that the Plaintiff has reluctantly accepted the *placeholder* role of Presidential Candidate for Harmless Hands, until someone more qualified but similarly stubborn and insistent about lifesaving creative social change can be found to take his place.

As such, the Plaintiff is technically under the law reluctantly either a public figure or becoming one, and as such is subject to more *ad hominem* attacks by President Donald Trump and his team on this and any other matters. The Plaintiff thinks he now may also need to give up John Doe pseudonymous protection. The Plaintiff's legal name is David Morris Clayman if that was not known before.

**CERTIFICATE OF SERVICE**

---

[1] Known alternatively as Humble Hands, or more rarely Hippocratic Hands, when we can manage it.

I certify that on this 11 March 02025 day, I mailed by certified mail the foregoing document with the Clerk of Court using the US Postal Service, one of the only options available to the Plaintiff who has been forbidden from the privileges of electronic filing, and the Clerk shall file this filing with the CM/ECF system, which will send notification of such filing to all counsel of record if and when they actually come around to registering their notice of appearance.

Harmlessly,

**David Morris Clayman, still a *Pro Se* Plaintiff**

7930 Palacio Del Mar Drive

Boca Raton, FL 33433-4148

+1 (321) 252 - 9626

david@harmlesshands.org

_____
s/Plaintiff David Clayman, Currently *Pro se*
For the Proposed Center Forward Party of
Harmless Hands, aka the Miracle Berries