David Clayman, *Pro se*

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Doe, Harmless Hands,<br><br>Plaintiff,<br>vs.<br><br>President Donald J. Trump<br>Defendant | CASE 25-CV-60120<br><br>MOTION TO ENTER DEFAULT<br>AND DEFAULT JUDGMENT |

FILED BY _____ D.C.
APR 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFF'S MOTION TO ENTER DEFAULT AND DEFAULT JUDGMENT

**COMES NOW** the Plaintiff, John Doe, representing himself and the nascent political party, Harmless Hands[1], as we respectfully ask this Honorable Court to enter a default entry and default judgment in this case for lack of response from Defendant President Donald J. Trump in his official capacity.

## MOTION FOR ENTRY OF DEFAULT BY THE COURT

Plaintiff, David Morris Clayman, respectfully moves this Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for entry of default against Defendant Donald J. Trump, in his official capacity as President of the United States, and states as follows:

1. On 21 January 02025, the day after the Inauguration as soon as the Courts reopened after the long weekend, Plaintiff filed a Complaint in this action against Defendant Donald J. Trump in

---

[1] Known alternatively as Humble Hands, or more rarely Hippocratic Hands, when we can manage it.

his official capacity. Other Defendants were initially named, including President Joseph R. Biden, but all other Defendants except Donald Trump were later dropped from the pleading.

2. Pursuant to Rule 4(i)(1) and Rule 4(i)(2) of the Federal Rules of Civil Procedure, Plaintiff properly served the United States and the federal officer sued in his official capacity on the dates below.

   i. The Attorney General in Washington, DC was served on 27 January 02025 at 0513 EST (USPS Tracking 9589071052702417503836).

   ii. The US Attorney in the Southern District of Florida was served on 31 January 02025 at 1424 EST (USPS Tracking 9589071052702417503850).

   iii. President Donald J. Trump was served in Washington, DC on 4 February 02025 at 0422 EST (USPS Tracking 9589071052702417503843).

3. Under Rule 12(a)(2) and 12(a)(3), Defendants were required to serve an answer or other responsive pleading within sixty (60) days after service of the Summons and Complaint.

4. More than sixty (60) days have passed since service was completed on all parties, and Defendants have failed to plead or otherwise defend in this action. Adding 61 days to 4 February 02025 lands us at a failure to defend or plead elapsed deadline on or about Monday, 7 April 02025 (+62 days), and 71 days have in fact passed as of the date of this certified mailing on 15 April 02025 (+71 days).

5. Plaintiff has filed Proofs of Service with the Court reflecting the date and manner of service in accordance with Rule 4(l), having filed all certified mail receipts with the Court on 19 February 02025.

6. No motion for extension of time has been filed by Defendants, nor has Plaintiff consented to any extension.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Donald J. Trump, in his official capacity as President of the United States, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend as required by the Rules, and asks this Court to contemplate and immediately expeditiously order all such relief and remedies as this Court deems proper, including, as necessary, a judicially-stayed order for the Commander-in-Chief role and Presidency to pass to Vice-President of Our United States JD Vance due to Commander-in-Chief Trump's statutory ineligibility to serve as Atlassian Commander-in-Chief with apex control over all flag officers of these United States, granting Congress a modest amount of time (say 30 days) to attempt to adjust and clarify 10 U.S. Code §1253 within reason with the support of judicial supervision.

The Plaintiff would accept some rapid Congressional adjustment of Commander-in-Chief eligibility age up to a reasonable point, but not as high and extreme as Commander-in-Chief's current or future age in the Presidency. The Plaintiff does not believe it possible for the 119th Congress to render Commander-in-Chief and President Trump eligible for service in his role given his extremely advanced age relative to other flag officers, especially given that his age is beyond all mandatory retirement ages for positions like State judges, where the most common mandatory retirement age is 70.0 or at most 75.0. Donald Trump by comparison is 78.8, just a bit over a dozen moons from 80.0 years old. If an electoral referendum on mandatory retirement age for the Presidency were sought across the United States, it can be inferred from the mandatory retirement age of judges passed by State law, State constitutional amendments, and commonly by State popular referendums that it would fail for certain beyond 75.0 years. The Plaintiff argues that any attempt by Congress to "move the goal posts" to requalify Commander-in-Chief Trump

in particular, especially if it involves dropping the Senate Cloture Rule, would be nothing more than a partisan legislative sham for which the Legislature lacks any grounded mandate, and to which this Court should resist on behalf of the American Peoples if attempted. The American People need protection from the past and current growing risk of "well-meaning, elderly [men] with poor memories[, poor health or high health risk]" serving as Commanders-in-Chief. We shouldn't be cursed now or in future generations with gerontocratic Commanders-in-Chief ushered into Office through the broken and duopolistic major political duopolies' seniority systems or the impoverished level of third-party, incumbent, and challenger competition (calm-petition) we're seeing through these duopolistic incumbencies that fail to attend debate with their finest challengers (Nikki Haley, Ron DeSantis, Chris Christie, etc.).

The Plaintiff wishes to note, as he realizes he hasn't before, that President Trump's age *already very clearly, in his first term,* was a major national-security threat in our command structure when he was hospitalized with COVID in early October 02020 and reached a point that we only learned the truth long afterward was fairly close to death, almost certainly largely due to the risk associated with his advanced age of 74.30 years old at the time, as COVID is much less likely to be *that* severe and scary in a Commander-in-Chief who is statutorily within the mandatory age limits of 35.0 - 68.0 permitted by the lower limit in the Constitution and upper limit in 10 U.S. Code §1253. His doctors and his team at the time concealed the true and full extent of his illness, further endangering the national security of our United States, and he has never paid a real penalty or consequence for those acts and omissions of **IMMEDIATE PUBLIC DISCLOSURE** of life-and-death material fact. Trump had to be treated for his COVID infection with the antiviral remdesivir, the steroid dexamethasone, and with experimental monoclonal antibodies from Regeneron. Most ordinary, regular citizens his age at that time of the COVID

crisis wouldn't have had access to all these treatments and may have or probably would have died. During that time, when Trump was hospitalized, he failed to transfer Presidential (Precedential) power or authority to his Vice President (Vice Precedent) Michael Pence, even as he was skirting death, had serious lung infiltrates, had a blood oxygen level that dropped into the 80s, and medical staff were preparing to put him on artificial ventilation. He was in no condition to serve as standing Commander-in-Chief, especially due to and aggravated by his general age. Almost all these facts we only learned much later, not in anything near an appropriately short amount of time, as Trump sought to conceal and downplay his true health status from the Nation, from Congress, from the Press, and from the Courts, trying to project an image of youth and vigor even when he was objectively sick, geriatric, and gerontocratic beyond the point allowed for the Commander-in-Chief under 10 U.S. Code §1253.

**<u>Do we want to go through or risk another such national security crisis again?</u>**

This concealment of critical medical information happens so often by our Presidents, especially our aged and elderly Presidents, that this situation must be remedied prophylactically thoroughly and deeply by the Courts, as the duopolistic and gerontocratic Congress has shown itself through action and omission to be ineffective and ineffectual at regulating and enforcing Precedential medical disclosure, effective regularly utilized legal remedies during periods of medical disability, and the enforcement of strict preventative age limits under 10 U.S. Code §1253 for the Commander-in-Chief on its own.

This Court should enter a <u>default entry and pursue default judgment</u>, helping our democracy and military leadership chain-of-command be healthy and vigorous with minimal health risks posed again all the way to the very top by ordering Commander-in-Chief Trump to "stand down and stand by" and turn over the Office of the Commander-in-Chief under the

constitutional doctrine of non-delegation and arguably the conjoined, non-delegateable powers of the Presidency (Precedency) as well to someone age-qualified for flag officer service, in the form of his natural Constitutional successor, the elected Vice President (Vice Precedent) JD Vance of Ohio.

The Plaintiff also respectfully asks the Court to recommend to the Supreme Court the tradition of the "State of the Constitution" Address detailed in the Plaintiff's original complaint, as a means of slowly amending the Constitution gently over time to avoid, forestall, remediate, and correct such Constitutional and Statutory crises. This sort of claim should not have to come from a common citizen; it should have been explicitly encoded at the Constitutional level as applied against the Presidency decades ago when 10 U.S. Code §1253 was passed, as part of regular constitutional maintenance. The absence of Supreme Court-catalyzed mechanisms for gently and slowly amending Our Constitution with small but necessary adjustments year over year, decade by decade, is a systemic failure of inter-branch coordination and governance. The fact that 10 U.S. Code §1253 is a statute and not a Constitutional emendation as well is almost certainly the result of an ossified, uncatalyzed system of Supreme Court speech that's causing our Constitution to fall into a state of unmaintained desiccation, with the last significant Constitutional amendment happening in 01971 before Al Gore invented the internet. The Plaintiff would welcome the chance to hear the Chief Justice of the Supreme Court explain his detailed views on amending the Constitution (or not) on age qualifications for the Presidency today, in light of our experience with Joseph Biden's Parkinson's dementia in the midst of his service, in light of President Trump's brush with death during his COVID infection at age 74.3, and in light of our current rapidly growing risk with Donald Trump at 78.8, who is now the oldest Commander-in-Chief ever to take office, and second-oldest ever at his present age, second only

to the Parkinsonian dementia of Commander-in-Chief Biden which we could very well, heavens forbid, soon see Commander-in-Chief face as he turns into the oldest President ever, with no established mechanisms for plain, ordinary citizens to seek judicial relief as the accumulating signs of age-related decline become even more painfully obvious now and later in the term.

We need not and should not take such gambling risks with the Commander-in-Chief's health under 10 U.S. Code §1253, particularly as it is established tradition for the Staff Members of the President to fraudulently hide and conceal from the public and mislead the public on the full extent of the President's objective medical decline as it happens.

The Plaintiff hopes Commander-in-Chief (CIC) Trump doesn't fall as far as fast as President Biden did, but he will inevitably fall one day, as age ultimately takes no prisoners, and the deep issue is that we the public will likely not know in real-time what his physical and mental state truly is. There is no objective and thorough medical review in the White House. The doctors evaluating the President during his annual physical exam are subordinate to the President and under his chain-of-command rather than enjoying any editorial and medical independence as medical authorities. And what remedy does this Court offer if CIC Trump does start to fall further in that direction as he grows closer and surpasses CIC Biden's terminal age in the CIC role and Presidency?

And why is this even a "wait and see after failure" question? We don't treat any other flag officers that way – we simply deem them ineligible for service as a rule beyond the age of 68.0, to *prevent and wholly avoid* failure when life and death questions are at stake, and to avoid the hazards of trying to interpret flag officer health condition as national security crises crest and cycle through the Situation Room. CIC Trump should simply be transitioned out of power before we have to adjudicate this through contesting medical evidence in the midst of crises. And no

other flag officer enjoys the opportunity to contest their statutory and constitutional (anatomic and positive) age disqualification with contrary medical evidence – why should CIC Trump and any future Presidents get that unique and extraordinary privilege, unless and until medicine radically advances and extends life dramatically for the populace in general, up to the point where 119.0 year old Commanders-in-Chief can be entrusted with such power for a year? We are simply not there yet. Our bodies and minds still tend to break down rapidly and suddenly, particularly after age 75.0, as that is simply how our anatomies are constituted, and the Plaintiff argues that our collective wisdom on the Anatomic Constitution of human beings is at least as fundamentally grounded as the terms of the US Constitution and Statute, and is material is judging that this risk of vesting Commander-in-Chief power in someone aged over 68.0, let alone over 75.0, is beyond the margin of prudent safety and beyond the margin of prudent reason, as we can demonstrably see with President Biden's final couple years in Office, with evident and growing disability of which this Court can not plausibly plead ignorance and to which there was no adequate ounce of prevention or pound of curing remedy.

The Plaintiff sincerely tried to bring this case against President Biden as well as soon as this case crystallized for him, before President Biden left office, but the Plaintiff failed to file this in time to stop the last few days of Biden's term, due to his lack of electronic filing access as a *Pro se*.

This is not a partisan case. This default entry and default judgment of age disqualification is a viewpoint-neutral legal stance on the reasonable qualifications necessary for safe, low- or moderate-risk service as the Commander-in-Chief.

If this Court is too hesitant to rule on removing President Trump from power, the Plaintiff will strenuously object and push harder for President Trump to be removed, but the Plaintiff

would now in the alternative reluctantly fall back to asking at a bare minimum that this Court put the President under verifiable independent multipartisan medical supervision overseen by the Courts and outside the President's chain-of-command, and subject to investigation and questioning by the 1st Amendment Press, with regular, complete, objective, and accurate <u>monthly and as-needed</u> updates about President Trump's health as he ages disintermediated from spinster aides. If President Trump gets a colonoscopy, the public should know about that in advance and immediately as it's being scheduled, particularly since it involves general anesthesia, not years afterward through leaks and White House memoirs. If President Trump suffers shortness of breath, or takes Viagra, vomits, loses his balance, can't jog a military kilometer, or even has diarrhea on a foreign trip, we should know about that immediately through an official public record, not weeks, months, or years later through leaks. The health of the Commander-in-Chief is of immediate and deep public concern to all the public, the branches, and the military forces and should not be a political question or a matter that the Executive Branch should be able to freely conceal or spin from the public. The Plaintiff is seeking, at minimum if fallback is necessary, a judgment that details as intimate as Viagra, diarrhea, tremors, persistent coughing, or very very early signs of further and deeper forgetfulness or further dementia need to be disclosed openly and clearly to the public as soon as they are recognized and on a monthly basis rather than sandbagged, under ongoing Judicial review, with enforceable **weekly and as-needed thorough, multipartisan and truly independent medical updates by Hippocratic hands outside the Commander-in-Chief's chain-of-command.**

Harmlessly,

s/Plaintiff David Clayman
Currently still *Pro se*
For the Proposed Center Forward Party of
Harmless Hands, aka the Miracle Berries
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@harmlesshands.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Entry of Default was sent out to the following parties in accordance with Rule 5 of the Federal Rules of Civil Procedure on Tuesday (Tiw's Day), 15 April 02025, with the following entities having had an ample opportunity to provide an earlier reply within the 71 days since the case was first filed:

- United States Attorney for the Southern District of Florida via certified mail.
- Attorney General of the United States via certified mail.
- Defendant Donald J. Trump, in his official capacity, via certified mail.

Harmlessly,

s/Plaintiff David Clayman
Currently still *Pro se*
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148

Motion

10

+1 (321) 252 - 9626
david@harmlesshands.org

David Clayman
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148




Clerk of Courts
US Federal Building & Courthouse
299 E Broward Blvd, Room 108
Ft. Lauderdale, FL 33301

2 Separate Cases Included