David Clayman (John Doe), *Pro se*

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Doe, Harmless Hands, Plaintiff, vs. President Donald J. Trump Defendant and David Clayman, Harmless Hands, Plaintiff, vs. United States, Defendant | **CASE 0:25-CV-60120** *Doe v Trump* **CASE 0:25-CV-60447** *Clayman v United States* **MOTION FOR LEAVE TO FILE ELECTRONICALLY AND FILE EMERGENCY MOTIONS** |

FILED BY _____ D.C.
APR 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFF'S MOTION TO EXPEDITE PROCEEDINGS

**COMES NOW** David Clayman, the Plaintiff representing the nascent political party, Harmless Hands[1], in multiple actions currently pending before this Court, and respectfully moves this Court for an order granting permission to file documents electronically through the Court's CM/ECF system and to file emergency motions when warranted. In support of this motion, Plaintiff states as follows:

1. **Frequent Filer in the Southern District of Florida**

Plaintiff has recently filed multiple cases before this Court and anticipates continued litigation in matters of significant national importance. Given the frequency of filings, electronic filing

---
[1] Known alternatively as Humble Hands, or more rarely Hippocratic Hands, when we can manage it.

Case 0:25-cv-60120-RS   Document 18   Entered on FLSD Docket 04/17/2025   Page 2 of 3

privileges are necessary to facilitate timely and efficient litigation.

### 2. Cases of National Emergency

Two of Plaintiff's recently filed complaints address pressing national emergencies:

a. One case challenges the statutory disqualification of the Commander-in-Chief based on age limits as per his flag officer status, a matter directly related to urgent national security and constitutional governance.

b. Another case seeks to address financial incentives for living and deceased ironclad organ donors, a policy issue with direct and immediate emergency implications for public health and medical preparedness, with an average of 17 souls on the organ transplant waiting list dying each and every day for lack of a matching living or deceased donor.

### 3. Financial and Logistical Burden of Paper Filing

Due to the lack of electronic filing access, Plaintiff has incurred significant mailing expenses, amounting to approximately $200.00 in certified and priority mailing fees in this month alone. The ongoing need to file via mail imposes an undue financial burden and causes unnecessary delays in proceedings.

### 4. Need for Emergency Motion Filing Access

Given the nature of Plaintiff's cases, there may arise circumstances requiring immediate judicial intervention. Without electronic filing privileges, Plaintiff is unable to efficiently file emergency motions, which could result in irreparable harm in time-sensitive legal matters.

### 5. Eligibility and Willingness to Comply with CM/ECF Requirements

Plaintiff possesses the necessary technological capabilities to access and use the Court's CM/ECF system and is willing to complete any required training. Additionally, Plaintiff agrees to comply with all rules and procedures governing electronic filing.

2

**WHEREFORE**, Plaintiff respectfully requests that this Court grant permission to file electronically via CM/ECF and allow the filing of emergency motions when exigent circumstances arise.

## CERTIFICATE OF SERVICE

I certify that on this 17 March 02025 I mailed by certified mail the foregoing document to the Clerk of Court using the US Postal Service, one of the only options available to the Plaintiff who has been forbidden from the privileges of electronic filing, and the Clerk shall file this filing with the CM/ECF system, which will send notification of such filing to all counsel of record if and when they actually come around to registering their notice of appearance.

Working to preserve life and death harmlessly,

s/Plaintiff David Clayman, Currently *Pro se*
For the Proposed Center Forward Party of
Harmless Hands, aka the Miracle Berries
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@harmlesshands.org