John Doe, *Pro se*

FILED BY CWC D.C.
MAY 0 9 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Doe,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>President Donald J. Trump<br>　　　　　　Defendant | Case 0:25-CV-60120<br><br>**AFFIDAVIT TO EVIDENCE SERVICE OF PROCESS ON PRESIDENT DONALD TRUMP** |

## AFFIDAVIT TO EVIDENCE SERVICE OF PROCESS ON

## PRESIDENT DONALD TRUMP IN HIS OFFICIAL CAPACITY

　　The Plaintiff reports to the Court that the Plaintiff has served President Donald Trump with process of service in his official capacity as President of these United States. Technically speaking, the Plaintiff delivered via certified mail a copy of his originally filed complaint (both LLM and pre-LLM) to three entities in accordance with Rule 4(i) of the Federal Rules of Civil Procedure:

　　1. President Donald Trump at the White House in Washington, DC, not knowing if his residency formally remains in Florida at Mar-a-Lago or has shifted to Washington, DC (USPS Tracking # 9589071052702417503843).

　　2. The Attorney-General of the United States at the Department of Justice in Washington, DC (USPS Tracking # 9589071052702417503836).

　　3. The United States Attorney in Fort Lauderdale representing the President in the Southern District of Florida (USPS Tracking # 9589071052702417503850).

　　The receipts below are evidence of the same. Certified mail delivery was scheduled by the

USPS for no later than Monday, January 27, 02025 CE at all locations above. The Plaintiff purchased and received back return receipts as well from all the addresses he served process on President Donald Trump to: the Department of Justice, the US Attorney's Office of Southern Florida, and the White House. The White House return receipt was very generic.

**GRANDFATHER'S DEATH DELAYED THIS FILING**

The Plaintiff's surviving grandfather died recently on Tuesday, February 4th, 02025 CE. This filing would have arrived to the Court sooner if that extenuating circumstance (familial bereavement) had not occurred, particularly if the Plaintiff had had the convenience of electronic filing access.

[Return receipt 1 - Article Addressed to: US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0001; tracking 9590 9402 9030 4122 7866 91; 9589 0710 5270 2417 5038 36]

[Return receipt 2 - Article Addressed to: US Attorney for Southern District FL, 500 E. Broward Blvd, 7th Floor, Ft. Lauderdale, FL 33394; tracking 9590 9402 9030 4122 7866 77; 9589 0710 5270 2417 5038 50]



UNITED STATES POSTAL SERVICE
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
U.S. Postal Service
CERTIFIED MAIL® RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>President Donald Trump<br>1600 Pennsylvania Ave NW<br>Washington, DC 20500 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9030 4122 7866 84 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 9589 0710 5270 2417 5038 43 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

s/Plaintiff John Doe, Currently *Pro se*
For the Center Forward Party of Hippocratic Hands, aka the Miracle Berries

David Cla[...]
7930 P[...]
Boca Raton, FL 33433-4[...]



Clerk of Court
US District Court-Southern District
299 E Broward Blvd, Room 1[...]
Fort Lauderdale, FL 33301